UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL COSENTINO,

    Plaintiff,

v.                        Case No: 8:16-cv-2815-T-36AAS

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

## **O R D E R**

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 16). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 16).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to terminate all deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on August 8, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record